IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 02346 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLOVIS CARL GREEN, JR.,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 9 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DISMISSING THE ACTION

Plaintiff, Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Arkansas Valley Correctional Facility in Crowley, Colorado. Mr. Green has submitted to the Court *pro se* a letter with an attachment and two motions titled "Motion to Toll and Suspend the Two Year Statute of Limitations" and "Motion for Special Court Order to Order and Direct the Legal Access Program of the Colorado Department of Corrections to Make Photocopies of the # [sic] 1983 Civil Rights Complaint and the Accompanying Legal Documents That the Plaintiff Plans to File in This Court Without Limitation or Restrictions on Number of Pages in Each Document." For the reasons stated below, the action will be dismissed.

Mr. Green has been permanently enjoined from filing any *pro se* civil complaints in this Court without first obtaining leave of court to proceed *pro se*. *See* Modified

Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order. He has failed to submit, as required by Modified Appendix B, a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action," an affidavit in proper legal form, and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff, Clovis Carl Green, Jr., has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that the motions titled "Motion to Toll and Suspend the Two Year Statute of Limitations" and "Motion for Special Court Order to Order and Direct the Legal Access Program of the Colorado Department of Corrections to Make Photocopies of the # [sic] 1983 Civil Rights Complaint and the Accompanying Legal Documents That the Plaintiff Plans to File in This Court Without Limitation or Restrictions on Number of Pages in Each Document" are denied as moot.

DATED at Denver, Colorado, this 29 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No.

Clovis Carl Green, Jr.
Reg. No. 69277
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/29/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk